## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

                **Plaintiff**

        **v.**

ROBERT STURMAN,

                **Defendant**

Criminal No. 09-665

## REPLY TO GOVERNMENT'S RESPONSE

RECEIVED

DEC 1 9 2012

Dated: December 13, 2012

By: _____
Robert Sturman, pro se

I

**The Defendant in Reply addresses the Government's response to Defendant's Motion to Dismiss.**

The government in response adopts the wrong issue and makes the wrong inquiry. It is not an issue of timeliness defendant presents. The inquiry is the Court's authority within its jurisdiction, <u>ab</u> <u>initio</u>, a facially factually defective indictment.

The criminal jurisdiction of the United States is wholly statutory. <u>U.S. v. Flores</u>, 289 U.S. 1937 (1933). "The District Court shall have original jurisdiction exclusive of the states, of all offenses against the laws of the United States." (18 U.S.C. §3231). Thus, the federal courts are without jurisdiction to try an accused for any offense other than denounced by Act of Congress, <u>Id</u>. Hence, the courts of the United States cannot undertake to adjudicate any act or omission as a crime unless it has been made such by an act of Congress, <u>U.S. v. Hudson & Goodwin</u>, 3 L. Ed. 259 (1806).

Consequently, the District Court in Eastern Pennsylvania has no jurisdiction over any offense not made punishable by the Constitution, laws or treaties of the United States (<u>Pettibone v. United States</u>, 148 U.S. 197 (1893).

If the Federal District Court of Eastern Pennsylvania is without jurisdiction of a charged offense, its judgment, in this case, is void on its face. <u>Bauman v. United States</u>, 156 F.2d 534 (5th Cir 1946). <u>A</u> <u>fortiori</u> if indictment counts 1,2,4,7,8,9,14 and 15 do not charge an offense cognizable under the laws of the United States Constitution, statutes or treaties, the District Court of Eastern Pennsylvania, was without jurisdiction. Its judgment of conviction of defendant is void <u>ab</u> <u>initio</u>.

This is the issue defendant represents, jurisdiction. Timeliness stands aside. First this court must decide whether it has authority within its jurisdiction to proceed to adjudicate the merits of timeliness.

Jurisdiction is the threshold inquiry.  In every instance, a federal court has the obligation to inquiry into the jurisdiction, however it is brought into question.  See, Philbrook v. Glodgett, 421 U.S. 707 (1975).

It is axiomatic then, the District Court lacks jurisdiction to adjudicate and enter conviction for a charged offense not recognized as a crime under the laws of the United States.

Such is the government's problem for the ITSP counts charged as a scheme prohibited by 18 U.S.C § 2314.  It is beyond debate the statute (§2314) as plead, charges no offense against the laws of the United States to induce the Court's power to adjudicate.  Defendant's scheme conduct, as charged, is not criminalized by 18 U.S.C. § 2314.  The Second Circuit Court of Appeals made clear the 18 U.S.C. § 2314 "does not criminalize scheme or action taken pursuant to schemes.  It does not refer to, not does it set forth as an element, a scheme to transport, transmit, or transfer such property." Capoccia, 503 F.3rd 112.

## II

### "Goods and Merchandise" is not a Security under § 2314

Counts 1, 2, 4, 7, 8, 9, 10, 14 and 15 charge the transfer in interstate commerce of two of section 2314's object elements of "goods, wares, merchandise, securities or money."  A check is defined in 18 U.S.C. § 2311 as a security, not as "goods" or "merchandise" as charged in the nine 2314 counts.

As the indictment of the nine ITSP makes clear, defendant, on the face of the indictment, did not transfer goods and merchandise in interstate commerce.  A check is a security, and a security is a distinct element of section 2314 to be pled separately as an essential element of 2314.  The failure to allege an essential element of the offense is a

fatal flaw not subject to mere harmless error analysis but a fatal flaw requiring dismissal. United States v. Resendiz-Ponce, 106 L.Ed. 2d 591 (2007).

Where, as in this case, the government identifies a check, cashiers' check and money orders as goods and merchandise that traveled in interstate commerce. Nowhere within the face of the indictment for counts 1, 2, 4, 7, 8, 9, 10, 14 and 15 can be found "goods" or "merchandise" as described or identified that the defendant transported or caused to be transported. "Thus while the indictment must include all of the elements of the crime alleged, United States v Spinner, 180 F. 3d 514 (3rd Cir 1999), as well as specify facts that satisfy all those elements, an indictment that merely recites "in general terms the essential elements of the offense" is not sufficient. Panarella, 277 F. 3rd at 684-85

"When as in this case, an indictment fails to allege all elements of an offense, the defect may be raised by the court sua sponte.  We have held that "failure of an indictment sufficiently to state an offense is a fundamental defect… and it can be raised at any time." Wander, 601 F.2d at 1259." United States v. Spinner, 180 F.3rd 514, 516. "Finally Spinner did not waive his jurisdictional defect by entering a guilty plea.  In United States v. Caperell, 938 F.2d 975 (9th Cir. 1991), the Ninth Circuit Court of Appeals held that "although a guilty please generally waives all claims of constitutional violation occurring before the plea, 'jurisdictional' claims are an exception to this rule Id. At 977 (quoting United States v. Montillia, 870 F.2d 549,552 (9th Cir. 1989), amended at 907 F.2d 115 (9th Cir. 1990)("Claims that the 'applicable statute is unconstitutional or that the indictment fails to state an offense' are jurisdictional clams and not waived by the guilty plea", Spinner at 516.

## III

## The Government is not correct regarding the Argument that Rule 12(b)(3) motion must be made before trial – Excusable Neglect.

3

The Rule reads in part, "a motion alleging a defect in the indictment or information …**But at any time while the case is pending, the Court may hear a claim that the indictment or information fails to involve the courts' jurisdiction or to state an offense**." (emphasis added)

Further Rule 12(b)(3) states, "a court may excuse a defendants failure to timely file a motion for "good cause."" Defendant acknowledges the motion is untimely but asks the consideration of the Court to invoke excusable neglect for the following reasons.

The Defendant was employed in the financial services industry for 25 years with no training or experience in the practice of law. Despite his total lack of knowledge he has vigorously attempted to protect and preserve his rights.

Pursuant to Fed. R. Crim. P. 12(e), a Court may excuse a defendant's failure to timely file a motion for good cause. In this case, good cause is present due to the numerous attempts of defendant to pursue his legal rights in this matter. These attempts included many attempts to communicate with his appellant counsel, either in person by attempting phone calls, email contact, all of which were either denied or never answered until after November 2011, after the appellate brief was filed. These attempts commenced on or about March, 2011.

Defendant also sent written correspondence to the District Court and Circuit Court of Appeals Clerk seeking new counsel and to file a pro se brief. The Third Circuit, on March 6, 2012, issued an Order denying leave to file a pro se brief. Defendant was never notified by the Appellate Court of the decision and had no notification from appellate counsel as was promised to Defendant. There fore Defendant was not able to file his motion before the Mandate issued, as he would have done if he had been notified timely.

Pursuant to Fed. R. Crim. P. 12(e), a Court may excuse a Defendants failure to timely file a motion for good cause. In this case, good cause is present due to the

numerous attempts by Defendant to pursue his rights diligently and prejudice that resulted from not being notified of events.  Appellate Counsel never met with Defendant, did not accept emails, or phone calls, with the exceptions of one call after the brief was filed.  Defendant wrote a letter requesting Appellate Counsel to not submit a reply brief until and after consulting with Defendant, whom he never consulted with which was not done.  In fact Appellate Counsel filed no Reply Brief at all.

Defendant also sent written correspondence to the United States District Court for the Eastern District of Pennsylvania and the United States Court of Appeals for the Third Circuit seeking new counsel and to file a pro se Brief due to the abandonment of Appellate Counsel.  Defendant also sent a letter to the Philadelphia Bar Association seeking assistance and guidance.  All of these efforts fell on deaf ears.

Appellate Counsel did send a letter stating that he would inform Defendant "once I hear from the Third Circuit.  Of course it could well be many months before a decision is rendered."   Appellate Counsel never informed Defendant as promised nor did Defendant receive any notice that the Third Circuit did in fact render its ruling.  Defendant was in a "Catch-22" position, as the Courts would not address appellate counsels abandonment nor accept any motions from Defendant pro se, while represented by appellate counsel, yet a motion could not be filed until the appeal was decided.  Defendant diligently tired to pursue, protect and preserve his rights from March 18, 2011 through this entire ordeal and filed his motion as soon as Defendant discovered the appeal had been decided.


**IV**

**Constitutional Violations and Excusable Neglect**

The Constitutional violations are of such an egregious nature and should be addressed Sua Sponte.  In this matter, the defendant's constitutional rights have been so egregiously violated to the degree that constitutes a manifest injustice therefore.

The Court should excuse the untimely filing of Defendant's 12(b)(3) for "good casue. Defendant should be entitled to excusable neglect because he has been diligently perusing his rights and extraordinary circumstances stood in his way in enforcing his rights. Defendant took every reasonable step to protect his rights in this matter, by attempting to communicate with his counsel, and the Court and the Third Circuit Court of Appeals, to advise them of his desire to be consulted and to allow for his input into the process. All of his efforts were rebuffed however, leaving him no access to the process.

**Conclusion**

It is respectfully submitted that the relief sought by the Defendant herein be granted in its entirety. Respectfully submitted.

Dated: December 13, 2012

By: _____
     Robert Sturman, pro se
     No. 61613-066
     Federal Prison Camp Lewisburg
     P.O. Box 2000
     Lewisburg, PA 17837

## Certificate of Service

This is to certify that I have this date, under penalty of perjury [Title 28 U.S.C. section 1746], served a true and correct copy of the forgoing Reply, made pursuant to Fed. R. Crim. P. Rule 12(b)(3)(B) on the following:

Karen L. Grigsby
Assistant United Stated Attorney
Office of the United States Attorney
Suite 1250
615 Chestnut Street
Philadelphia, PA  19106

Clerk of the Court
Clerk's Office
United States Courthouse
Independence Mall West
601 Market Street
Philadelphia, PA  19106-1797

By placing same in the United States mail, first class, postage prepaid and properly affixed thereto.

Dated: December 13, 2012

12-13-12

"J.M. LINGALIS PAROLE OFFICER"
Authorized by Act of July 7, 1955
to Administer Oaths
(18 U.S.C. 4004)

By: _____
/Robert Sturman, pro se

Dear Judge Surrick

I wrote you a few days ago requesting a new competent attorney. As I stated Mr Ruddenstein as accepted none of my phone calls nor has he given me an email address to reach him. It is now 7 months since you appointed him and I am now gravely concerned he may have waived my appeal rights. I am currently incarcerated in Camden County Correctional Facility on the same charges I pled guilty to in Federal Court. While this is forbidden by both the United States and New Jersey Constitution I am here none - the less, mainly because of the pathetic job Mr Brennan did in defending me.

Even though Mr Ruddenstein is a wace I am here he has made no efforts to see me or contact me. If he cannot meet me in Camden I sincerely doubt he will come to Allenwood Correctional Facility.

Will you PLEASE Appoint one competent attorney that can and will represent me PLEASE. There is no doubt Mr Brennan screwed me and conspired with the government, to make sure I never received due process.

I have many appeal issues starting with my Sentencing. PLEASE appoint some who will provide effective assistance of council

Robert Sturman
Robert Sturman
61613-066

8/1/2011
ROBERT STURMAN 61613-06
CAMDEN COUNT Correction a1

Dear Honorable Judge Surrick

This is my last request to make sure I AM CRYSTAL CLEAR ABOUT MY INTENTIONS. MR RUDDENSTEIN HAS ANSWERED NONE OF MY PHONE CALLS OR ACCEPTED ANY EMAILS FROM ME. I HAVE VERY VALID AND LEGITIMATE APPEAL ISSUES DEALING WITH BOTH MY SENTENCING AND MR BRENNAN INEFFECTIVE ASSISTANCE OF COUNCIL, AS I HAVE STATED PREVIOUSLY I AM CURRENTLY INCARCERATED IN CAMDEN COUNTY CORRECTIONAL FACILITY, IN PART BECAUSE OF MR BRENNANS pathetic performance.

I very desperately need to meet with COUNCIL BEFORE I AM RETURNED TO ALLENWOOD. This facility is located approximatly 10 minutes away from the U.S. Cost House so there is NO valid reason why an attorney cannot meet with me. Will you PLEASE appoint a compitent attorney to represent me. I have been stripped of so many of my rights afforded to me by the UNITED STATES Constitution. I AM SICK AND TIRED OF BEING TREATED IN an unfair and most probably illegal fashion. It is not right.

When YOUR HONOR APPOINTED MR BRENNAN I PUT MY TRUST IN YOUR DECISSION and your INTEGRITY NEVER THINKING OR KNOWING HOW CORRUPT THIS SYSTEM IS. MR RUDDENSTEIN IS NO BETTER, I cant continually put my life in the hands of dirty filthy LAWYERS. Will you please Appoint SOMEONE TO REPRESENT ME who will put my best INTEREST AHEAD OF THE NEED TO GET MORE LEGAL Appointments

Thank you for taking the time to read this letter.

Robert M Sturman 61613-06

AUGUST 16, 2011

DEAR HONORABLE JUDGE SURRICK
    PLEASE TELL ME WHAT DOES IT TAKE TO HAVE AN ATTORNEY
APPOINTED TO PROVIDE EFFECTIVE ASSISTANCE OF COUNSEL? HOW many
lETTERS? DO YOU SHRED EVERY REQUEST I SEND YOU? This IS BEYOND
PATHETIC. WIll YOU PLEASE PROVIDE ME WITH WHAT I AM ENTITLED TO
BUT NEVER RECEIVED, A lawyer to REPRESENT ME. YOU allowed MR.
BRENNAN to CONSPIRE WITH THE GOVERNMENT AND MR POSEY TO MAKE SURE
I WAS NEVER FAIRLY REPRESENTED. NOW, YOU APPOINT MR RUDENSTEIN
WHO TO DATE HAS NOT ACCEPTED ANY CAllS OR EMAILS. THIS IS UNAMERICAN
and IS REALLY AMOUNTS TO A TOTAL CROCK, WIll YOU

PLEASE,


Appoint an attorney to represent me in my appeal. 8 months
Is long enough NOT TO HEAR FROM AN ATTORNEY. DONT ANY of you
have Just a desire to see a defendant be treated fairly. This is
insane that you all can sit by AND JUST SCREW people out of their
rights. It's SICKENING.

PLEASE DO SOMETHING TO

RECTIFY THIS SITUATION, PLEASE

Robert U. Stummitt
061613-066

Phils
BAR
Assoc.

ROBERT STURMAN                                    AUGUST 22, 2011
CAMDEN COUNTY CORRECTIONAL FACILITY
P.O BOX 90431
CAMDEN NJ 08102

Please consider this a letter of last RESORT. My name is Robert STURMAN. As OF THIS WRITING I AM CURRENTLY INCARCERA. AT Camden County Correctional Facility awaiting trial Sept 26 2011 The purpose of this letter is to inform you of the most incompitent. Ineffective assistance of councel and betrayal of a client beyond anyones most wild imagination. During November 2009 Federal District court JUDGE R. Barclay Surrick Appointed William J Brennan to defend me against an indictment from the United States Attorney. After meeting with Mr. Brennan THAT DAY HE ASSURED ME THAT HE WOULD BE BACK TO THE FEDERAL DETENTION CENTER WITHIN THE NEXT 2 WEEKS TO HELP ME PREPARE FOR MY DEFENSE. Mr. Brennan next showed up approx 3 months later refusing to discuss my case only spending 5 minutes with me trying to convince me to plead guilty. He came by approximately 2 months later for the same 5 minute speech about the virtues of pleading guilty and did the same thing another 2 months later. During that year of his representation he REFUSED TO SUBPOENA ANY RECORDS OR WITNESSES NEEDED FOR MY DEFENSE. HE ONLY SENT ME 50% of MY DISCOVERY REFUSING TO SEND THE REST OF IT. A VICTIM IN MY CASE BUT STILL A CLOSE FRIEND CALLED HIS OFFICE OVER 300 TIMES REQUESTING THE ABOVE INFORMATION AS WELL AS VOICING MANY OTHER CONCERNS Mr. BRENNAN ACCEPTED HER 1ST PHONE CALL SOME 30 DAYS AFTER HIS Appointment promising TO ADDRESS MANY OF MY CONCERNS. He told her TO FEEL FREE TO CALL HIM IF ANY OTHER ISSUES AROSE. That was the only call of her over 300 he ever accepted

I told Mr. Brennan from our 1ST MEETING of my intention to plead NOT GUILTY yet HE REFUSED to initiate any type of defense strategy. He came to see me 8 days before my trial date telling me " We are ready to go to trial". I was incredulous. He NEVER, NEVER TALKED TO ME ABOUT ANY TYPE OF DEFENSE, ONLY THAT I SHOULD PLEAD GUILTY. The truth is

the Government indictment was flawed beyond belief. Mr Brennan
had in his hands crystal clear evidence that would have exonerated me
from many of the government allegations yet he refused to consider that
as an option. I wrote Judge Surrick 4 letters begging him to have
Mr Brennan represent me fairly and honestly with no response.
This is just the beginning. I only agreed to plead guilty because
Mr Brennan refused to seriously undertake a defense strategy.
Before agreeing to plead guilty Mr Brennan promised to argue the amount
of victims in my case, to ask for a lesser sentence due to extreme
mitigating factors. He did none of the above, in fact I never saw him
again until 1 hour before my sentencing. In the interim he told the
person doing my P.S.R. not discuss my case in anyway as he (Brennan)
would be filing motions for mitigating factors. I voiced several concerns
about my indictment and P.S.R. to the person writing it told me he was
forbidden to talk about any issues about my case but that I should
submit any concerns in writing. The truth is my indictment and
P.S.R. were severely flawed. When I wrote to contest some of the
issues Mr Posey, from probation who wrote the report took away my
credit for acceptance of responsibility. At sentencing Mr Brennan
did not argue any of the government allegations, most of
which were outright lies. He filed no mitigating factors
no contesting the governments victims list and allowed the government
to railroad me with lie after lie. I was sentenced to 10 years, two
years over my guideline due to Mr Brennans ineffective assistance
of council and his absolute refusal to even attempt to defend me in any
way. I have a second equally as serious of a problem
    Judge Surrick appointed a new attorney, David Ruddenstien to
represent me for my appeal, I have very valid appeal issues concerning

both my sentencing and Mr Brennans INEFFECTIVE ASSISTANCE of COUNCEL. THE PROBLEM is Mr Ruddenston HAS REFUSED TO ACCEPT ANY PHONE CALLS OR ACCEPT ANY EMAILS FROM ME. It is over 8 months since is Appointment ah I FEAR HE IS BUSY WAIVING MY APPEAL RIGHTS. I am only in Camden awaiting trial because of the gross incompitence of Mr Brennan AND NOW the PATTERN is REPEATING ITSELF All over AGAIN. Can someone please investigate Mr Ruddenstens indifference and outright refusal to initiate any type of appeal strategy. I have NO DOUBT there is No lawyer that will travel to Allenwood LSCI in White Deer Pa when no lawyer will travel 2 miles from the U.S. Courthouse to Camden to help me with my appeal. I have BEEN BETRAYED BY THE LEGAL SYSTEM AND ESSENTIALLY HAVE BEEN RAILROADED BY THE United States ATTORNEY AND THE "SYSTEM." PLEASE, if there is anything that anyone can do to assist me in obtaining the services of an attorney that can provide effective assistance of counce/ I will be forever greatfull. As I STATED EARLIER, THERE IS CLEAR AND CONVINCING EVIDENCE IN THE HANDS OF MR BRENNAN THAT CLEARLY SHOWS MUCH OF THE GOVERNMENT ACCUSATIONS ARE OUTRIGHT LIES. Also, the person that I mentioned earlier in this letter who IS A "VICTIM" IN MY CASE but attempted to contact Mr Brennon over 30 times and also called Mr Posey, the AUTHOR OF MY P.S.R numerous times informing him of the many inaccurasies in his REPORT is available to confirm every accusation in this letter.
Thank you for any help you can provide

Robert Sturman
ROBERT Sturman

ROBERT STURMAN
LSCI ALLENWOOD
PO BOX 1500
WHITE DEER PA 17887

9/22/2011

CLERK OF COURT

3rd DISTRICT COURT OF APPEALS — 21400 US Courthouse 601 Market St

PHILA PA. 19106

    I am writing this letter in the hopes of resolving a fairly serious matter regarding appeal issues pending before appellate division of the the third circut. My name is ROBERT STURMAN and I am currently in custody in Camden County Correctional Facility but will very soon be returned to Federal custody AT L.S.C.I Allenwood, Po Box 1500 White Deer PA 17887. In JANUARY 2011 Federal Judge R. Barclay Surrick appointed David Rudenstien to handle appeal issues regarding my guilty plea and sentencing on or about DECEMBER 10th, 2010, I made three attempts to contact Mr Rudenstien by U.S. mail and several attempts to contact him by phone, Mr Rudenstien refused to accept any phone calls or emails to this date and responded by mail that he would contact me when he was ready.

    It has come to my attention that Mr Rudenstien will very soon be filing briefs before the Court on my behalf. I want it known that Mr Rudenstien has NO knowledge of many of the facts surrounding the legal errors regarding both my sentencing and my previous lawyers ineffective assistance of councel. I have written Judge Surrick at least eight times regarding Mr Rudenstien refusal to talk to or meet with me. I have asked JUDGE Surrick many times to replace Mr Rudenstien for the above reasons but to date Judge Surrick has not returned any of my letters

    I am writing this letter in the hope that I can preserve any and all rights afforded to me by the United States Constitution. I am sending copies of this letter to Judge Surrick and Mr Rudenstien but my hope is that there is some branch of government that can assist me in finding an attorney that can and will provide effective assistance of councel. It is my firm belief that it would be impossible for Mr. Rudenstien to file any Brief on my behalf without ever Communicating with me in any way

after I informed him by mail that there were what I considered to be very egregious errors regarding both my sentencing and my previous attorney.

Any help that you can provide would be greatly appreciated.

Thank You,

Robert Sturman

Robert Sturman FEDERAL# 61613-066

L.S.C.I Allenwood

P O BOX 1500

WHITE DEER PA 17887

ROBERT STURMAN

DEAR MR RUDDENSTIEN                                    SEPT 15, 2011

It is now over 9 months since you were appointed to
represent me regarding my appeal in United States Federal District
Court. Despite my many attempts to contact you through phone,
e mail and U.S mail you have refused to accept my calls,
or emails, I have written you at least three letters informing
you that I have very valid appeal issues regarding my
sentencing as well as my attorney, William J Brennans gross
egregious ineffective assistance of councel. You refuse to
contact me regarding my appeals despite the fact I have been in
Camden County Correctional Facility just 2 miles from the U.S. Courthouse.
I don't know what it takes to have you replaced but I have written
Judge Surrick at least 8 letters asking him to do so. Of course
just like you he does not respond. That leads me to believe that
the entire judicial system is one big joke. There is overwhelming
evidence that Mr Brennan refused to attempt to prepare a defense
or inform the court of issues surrounding government outrageous
behavior, prosecutorial misconduct, and factors that should have been
presented at sentencing, I am filing complaints about your total
lack of professionalism with the appropriate government and legal
agencies. You are a disgrace to the legal profession and
Mr Finney is no better. You both ignore the rights of U.S citizens and
ignore the jobs you are paid to perform.

Robert Sturman

Mr Finney, As you are employed by the government to perform a
job could you please have the decency and courtesy to respond
to just one of my letters so that I might get the representation
I am legally entitled to. You have ignored every letter I have
sent previously.  Shame on you

Robert Sturman 252979
Camden County Correctional Facility
PO Box 90431
Camden NJ 08102

9/21/2011

Dear Mr. Rudenstein,

This letter serves as my authorization requesting you file NO Briefs or Motions on my behalf in the Third District Court of Appeals. For the nine months you have represented me you have refused to accept any of my phone calls or Emails. You know nothing about the basis for any appeal issues regarding both my sentencing issues and Mr Brennans ineffective assistance of counsel. I sent you three letters all expressing the importance of speaking with you so that you might have become aware of the grave injustices and illegal treatment on the part of the United States Attorney. I also sent you a letter in June of 2011 informing you I was facing identical charges as my federal case in Camden County and that I would be arriving at Camden County Correctional Facility within a matter of a few weeks. Additionally, a friend of mine left you at least 2 messages that I HAD already arrived at Camden County shortly after my arrival. Over the nine months you have represented me you have made no effort to visit or call me. You also have requested NO INPUT from me. You have NO IDEA of many of the issues that are Valid SENTENCING ISSUES, despite the fact I informed you by mail that I HAD SERIOUS APPEAL MATTERS. I have asked Judge Surrick to replace you numerous times as you expressed no interest in acting in a proffessional manner, but he too has not reponded to any of my requests. AGAIN, Do Not file ANY LEGAL BRIEFS OR MOTIONS ON MY BEHALF UNESS IT IS TO REMOVE YOU AS COUNCEL.

Robert H Sturman

CC, US THIRD DISTRICT COURT OF APPEALS          FED ID # 61613-066
Honorable R Bareby Surrick   FEDERAL ADDRESS     LSCI Allenwood    P.O Box 1500
                                                WHITE DEER PA 17887

ROBERT STURMAN

Clerk of Court                                    9/21/2011
Third Circuit Court of Appeals
Philadelphia Pa

        I have sent Honorable R. Barclay Surrick at least 8 letters
requesting him to replace David Rudenstein as my attorney. To date I have received
no response from Judge Surrick. Mr Rudenstein has never met with, talked to, or
in anyway communicated with me in any way. He has NO KNOWLEDGE OF any of
the appeal issues regarding errors regarding both my sentencing and my
previous lawyers' ineffective assistance of council. Do not accept any legal documents,
Briefs or motions filed by Mr Rudenstein on my behalf as I DO NOT WANT MY
APPEAL RIGHTS WAIVED. Any help that you can provide in instructing me how
to fire Mr Rudenstein and have a new attorney appointed would be greatly
appreciated.
        Thank You for any help you can provide


                                    Robert Sturman
                        FCO ID#    61613-066

                                    L.S.C.I Allenwood
                                    P.O. Box 1500
                                    White Deer PA 17887

Robert Sturman
  G1613-066
LSCI - Allenwood
P.O. Box 1000
White Deer, PA 17881

February 10, 2012

  Clerk of the Court
  United States Court of Appeals
     for the Third Circuit
  James A. Byrne Courthouse
  601 Market Street, Room 21400
  Philadelphia, PA 19106-1729

                Re:  United States v. Robert Sturman
                     Docket No. 10-4705

Dear Sir/Madam:

     I am the Defendant/Appellant in the above-styled
and numbered appeal.

     I am very frustrated. Although I am represented by
JA Counsel, David Rudenstein, I have received nothing
from him since November 9, 2011, when he furnished me
with a copy of "my" Opening Brief and Appendices.
Even though I have written him letters, a copy of the
latest enclosed herein, he has been altogether non-responsive.

     For reasons known only to Mr. Rudenstein, he has
been unable or unwilling to provide me copies of this
court's docket, the Government's brief or the
transcripts of my Change of Plea and Sentencing

Letter to Clerk of the Court
U.S. Court of Appeals for the 3rd Circuit
February 10, 2012 - Page 2

Hearings in the District Court. Moreover, by now he
should have filed a Reply Brief. I have no idea
if such has been prepared or filed.

I am hoping that you can assist me in
solving these issues, or in the alternative, bring them
to the attention of the merits panel.

Clearly, I am not happy with my appointed counsel
and I am attempting to marshal resources with which
hire substitute counsel. If that is not possible, I
would seek leave of this Court to file a pro se brief.
Without the above-mentioned material, I cannot
effectively do either.

Thank you for whatever assistance you may be able
provide and for your anticipated timely response.

                    Sincerely,



                    Robert Sturman


Enclosure

Robert Sturman
N° 61613-066
LSCI Allenwood
PO Box 1000
White Deer PA  17887

28 November 2011

David Rudenstein, Esq.
9411 Evans St.
Philadelphia PA  19115

Dear Mr. Rudenstein:

    It is my understanding that the gov't will respond to my appeal shortly. I would like to give you a direction in the management of my case: prior to any subsequent communication or filing with either the government or with the court I would like to be consulted for input and approval of such communication or filing I believe this will result in a far more accurate and superior argument in my case. Many thanks for your assistance.

Regards,

Robert Sturman

# DAVID S. RUDENSTEIN
## Attorney at Law

Phone: 215-464-7890  --  Fax:  215-464-7891
Member PA & NJ Bar

**INMATE/CERTIFIED MAIL TO:**
*Blue Grass Plaza*
*2417 Welsh Road,  Box # 501*
*Philadelphia, PA   19114*

**ALL  OTHER MAIL TO:**
*9411 Evans Street*
*Philadelphia, PA   19115*

November 9,  2011

Robert Sturman
Register #  61613-066
FCI Allenwood-Low
Box 1000
White Deer, PA 17887

Dear Mr. Sturman:

I am glad that we were finally able to speak over the phone last Tuesday morning.

Enclosed please find a filed copy of the Brief for Appellant and Appendix I & II.  Please note that inmates are not permitted to receive a copy of the docket entries and so those pages from Appendix II have been removed.   Otherwise, all other documents are there.

I will be in touch once I hear from the Third Circuit.  Of course, it could well be many months before any decision is rendered.  I must ask for your patience.   Thank you.

Very truly yours,

David Rudenstein

DSR/mer
encl:

5

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## No. 10-4705

United States v. Sturman

To:   Clerk

    1)  Letter by Appellant Pro se for Leave to File Pro se Brief

        Appellant, who is represented by counsel, seeks leave to file a pro se brief.  At the direction of the Court, the request is DENIED.

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: March 6, 2012
Smw/cc:    Karen L. Grigsby, Esq.
           David S. Rudenstein, Esq.
           Mr. Robert Sturman